IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **3 STEP SPORTS LLC** | : CIVIL ACTION |
| | : |
| v. | : NO. 25-2853 |
| | : |
| **VANGUARD ELITE VOLLEYBALL ACADEMY, LLC, CENTER COURT EVENTS, LLC, BRIAN MCCANN, CHRISTINE A. MCCANN, BRIDGET CAREY, NICOLE REELS, JOHN SCHOTT, CHRISTOPHER SMITH, G3 SPORTS, LLC, MCB SOLUTIONS LLC, L&N BUSINESS ADVISORY LLC** | : |

## ORDER

AND NOW, this 25th day of November 2025, upon considering Plaintiff's partial Motion to dismiss the abuse of process counterclaim (ECF 49), Defendants' Opposition (ECF 52), Plaintiff's Reply (ECF 54), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT**:

1. Plaintiff's partial Motion to dismiss the abuse of process counterclaim (ECF 49); and,

2. Plaintiff leave to answer the remaining breach of contract counterclaim by no later than **December 9, 2025** as the parties proceed under our October 8, and 23, 2025 Orders (ECFs 38 and 46) consistent with Rule 1.

_____
KEARNEY, J.